**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Chicago & Vicinity Laborers' District Council Pension Fund, et al., v.

Case Number: 1:25-cv-2262

An appearance is hereby filed by the undersigned as attorney for:

Joy's Union Clean Up Services, LLC, Joy's Cleaning Services, LLC and Armando Calderon

Attorney name (type or print): Ross I. Molho

Firm: Molho and Associates, LLC

Street address: 1751 S. Naperville Road, Suite 209

City/State/Zip: Wheaton, IL 60189

Bar ID Number: 06231149
(See item 3 in instructions)

Telephone Number: 630-517-2622

Email Address: Ross@MolhoLaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 14, 2025

Attorney signature: S/ Ross I. Molho
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023