IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.** <br> Plaintiffs. <br><br> v. <br><br> **Joy's Union Clean Up Services, LLC et al.** <br> Defendants. | Case No. 25-cv-2262 <br><br> **MAGISTRATE JUDGE VALDEZ** |

## STATUS REPORT

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Defendants Joy's Union Clean Up Services, LLC ("Joy's Union"), Joy's Cleaning Services LLC ("JCS" or collectively with Joy's Union as the "Companies") and Armando Calderon., (hereinafter collectively as "Defendants"), by through their attorney Todd A. Miller, and hereby submit the parties' Status Report ("Report") related to Plaintiffs' Motion to Compel. In support of this Report, the parties state as follows:

1. Plaintiffs filed a Motion to Compel answers to Plaintiffs' written discovery requests which the Court has set for hearing on Wednesday, September 3, 2025. The Court

requested that the parties file this status report by noon today in advance of the continued motion hearing to advise regarding discovery compliance.

2. Since the last status report, Defendants have provided the balance of documents necessary to complete an audit to inform settlement discussions and the auditor is working on an audit report. Defendants have NOT provided full, written answers to Plaintiffs' written discovery requests. However, the parties would like to conserve resources to explore settlement. Accordingly, Plaintiffs respectfully request that the Motion to Compel be withdrawn at this time without prejudice and with leave to refile to permit the parties to discuss settlement.

September 16, 2025                                  Respectfully submitted,

Laborers' Pension Fund et al.                       Joy's Union Clean Up et al.

/s/ Patrick T. Wallace                              /s/ Todd A. Miller
Attorney for Plaintiffs                             Attorney for Defendant


Office of Fund Counsel                              Allocco Miller & Cahill, P.C.
Laborers' Pension and Welfare Fund                  20 N. Wacker Drive, Suite 3517
11465 Cermak Road                                   Chicago, IL 60606
Westchester, IL 60154

**CERTIFICATE OF SERVICE**

      The undersigned certifies that he caused a copy of the foregoing parties' Status Report to be served upon the following person via the Court's electronic notification system this 16th day of September, 2025.

Todd A. Miller
Kathleen C. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

                                            /s/ Patrick T. Wallace