# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

                                Plaintiff,

v.                                 Case No.: 1:25−cv−02262

                                Honorable Franklin U. Valderrama

Joy's Union Clean Up Services, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

      MINUTE entry before the Honorable Maria Valdez: The parties advise that they are continuing to address their remaining discovery disputes and are also discussing settlement. Plaintiffs' request to withdraw their Motion to Compel [24] without prejudice is granted. Motion hearing set for 9/17/25 is stricken. A further status report on discovery and settlement is due by 10/17/25. If the parties wish to begin the process of scheduling a settlement conference at any time prior to that date, they should notify the Court. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.