**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.**<br>        **Plaintiffs.**<br><br>                **v.**<br><br>**Joy's Union Clean Up Services, LLC et al.**<br>        **Defendants.** | **Case No. 25-cv-2262**<br><br>**MAGISTRATE JUDGE VALDEZ** |

**<u>STATUS REPORT</u>**

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Defendants Joy's Union Clean Up Services, LLC ("Joy's Union"), Joy's Cleaning Services LLC ("JCS" or collectively with Joy's Union as the "Companies") and Armando Calderon., (hereinafter collectively as "Defendants"), by through their attorney Todd A. Miller, and hereby submit the parties' Status Report ("Report") related to Plaintiffs' Motion to Compel. In support of this Report, the parties state as follows:

1.      Plaintiffs have reviewed the records provided by Defendants.  Plaintiffs' counsel has conferred with Defendants' counsel and requested some clarifications related to certain records and jobs performed by Defendants.  Defendants intend to get the requested information

to Plaintiffs on or before October 24th and the parties have discussed having a settlement conference on or before November 4, 2025.  The parties respectfully suggest that they file a status report on November 7, 2025 updating the Court on the progress of settlement.

October 16, 2025

Respectfully submitted,

Laborers' Pension Fund et al.

Joy's Union Clean Up et al.

/s/ Patrick T. Wallace
Attorney for Plaintiffs

/s/ Todd A. Miller
Attorney for Defendant

Office of Fund Counsel
Laborers' Pension and Welfare Fund
11465 Cermak Road
Westchester, IL  60154

Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the foregoing parties' Status Report to be served upon the following person via the Court's electronic notification system this 16th day of October, 2025.

Todd A. Miller
Kathleen C. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

/s/ Patrick T. Wallace