IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.** <br> Plaintiffs. <br><br> v. <br><br> **Joy's Union Clean Up Services, LLC et al.** <br> Defendants. | Case No. 25-cv-2262 <br><br> MAGISTRATE JUDGE VALDEZ |

## STATUS REPORT

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Defendants Joy's Union Clean Up Services, LLC ("Joy's Union"), Joy's Cleaning Services LLC ("JCS" or collectively with Joy's Union as the "Companies") and Armando Calderon., (hereinafter collectively as "Defendants"), by through their attorney Todd A. Miller, and hereby submit the parties' Status Report ("Report") related to Plaintiffs' Motion to Compel. In support of this Report, the parties state as follows:

41. The parties were unable to meet to discuss settlement prior to filing this report but have scheduled a settlement conference for November 17, 2025. The parties respectfully request

that all discovery be stayed and that the parties file a status report sometime after the November 17, 2025 conference to update the Court on the progress of settlement.

November 7, 2025     Respectfully submitted,

| | |
|---|---|
| Laborers' Pension Fund et al. | Joy's Union Clean Up et al. |
| /s/ Patrick T. Wallace | /s/ Todd A. Miller |
| Attorney for Plaintiffs | Attorney for Defendant |
| | |
| Office of Fund Counsel | Allocco Miller & Cahill, P.C. |
| Laborers' Pension and Welfare Fund | 20 N. Wacker Drive, Suite 3517 |
| 11465 Cermak Road | Chicago, IL 60606 |
| Westchester, IL 60154 | |

## **CERTIFICATE OF SERVICE**

 The undersigned certifies that he caused a copy of the foregoing parties' Status Report to be served upon the following person via the Court's electronic notification system and email this 7th day of November, 2025.

Todd A. Miller
Kathleen C. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

                  /s/ Patrick T. Wallace