IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.** <br> Plaintiffs. <br><br> v. <br><br> **Joy's Union Clean Up Services, LLC et al.** <br> Defendants. | Case No. 25-cv-2262 <br><br> **MAGISTRATE JUDGE VALDEZ** |

## STATUS REPORT

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Defendants Joy's Union Clean Up Services, LLC ("Joy's Union"), Joy's Cleaning Services LLC ("JCS" or collectively with Joy's Union as the "Companies") and Armando Calderon., (hereinafter collectively as "Defendants"), by through their attorney Todd A. Miller, and hereby submit the parties' Status Report ("Report") related to Plaintiffs' Motion to Compel. In support of this Report, the parties state as follows:

1. Since the last Joint Status Report, Plaintiffs issued their audit reports and tendered them to Defendants with six employee declarations in support of the audit claims.

2.      The parties were scheduled to meet and discuss settlement and Defendants requested that the parties reschedule the meeting until Plaintiffs issued the audits and produced their additional evidence.

3.      On November 13 2025, the Company produced the final records necessary to complete the audit. On December 5, 2025, Plaintiffs tendered their audit reports and on December 11, 2025, Plaintiffs produced evidence in support of the audit findings, a significant portion of which had been previously produced to the Company in February 2025.

4.      The parties are discussing dates to reschedule the settlement meeting. The parties once again apologize for this delay and respectfully request that all discovery continued to be stayed, and that the parties file a status report sometime after January 12, 2025 to update the Court on the progress of settlement.

December 12, 2025                                                          Respectfully submitted,


Laborers' Pension Fund et al.                                        Joy's Union Clean Up et al.

/s/ Patrick T. Wallace                                                       /s/ Todd A. Miller
Attorney for Plaintiffs                                                       Attorney for Defendant


Office of Fund Counsel                                                  Allocco Miller & Cahill, P.C.
Laborers' Pension and Welfare Fund                          20 N. Wacker Drive, Suite 3517
11465 Cermak Road                                                     Chicago, IL 60606
Westchester, IL  60154

## **CERTIFICATE OF SERVICE**

   The undersigned certifies that he caused a copy of the foregoing parties' Status Report to be served upon the following person via the Court's electronic notification system and email this 12th day of December, 2025.

Todd A. Miller
Kathleen C. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

                /s/ Patrick T. Wallace