# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

          Plaintiff,

v.          Case No.: 1:25−cv−02262

          Honorable Franklin U. Valderrama

Joy's Union Clean Up Services, LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 12, 2025:

      MINUTE entry before the Honorable Maria Valdez: The parties advise that their efforts to finalize the settlement have been delayed. A further status report is due by 1/12/26, and discovery remains stayed. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.