IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Chicago & Vicinity Laborers' District Council Pension Fund, et al. <br><br> Plaintiffs, <br> v. <br><br> Joy's Union Clean Up Services, LLC, et al. <br><br> Defendants. | Case No. 1:25-cv-2262 <br><br> Judge Franklin U. Valderrama <br><br> Honorable Maria Valdez |

**<u>Defendants' Motion for Hearing of Their<br>Motion for Leave</u>**

Defendants, Joy's Union Clean Up Services, LLC and Joy's Cleaning Services LLC, by and through their attorneys, Allocco, Miller & Cahill, P.C., and Molho and Associates, LLC respectfully move this Court, pursuant to its standing order for a hearing date (or a briefing schedule if necessary) with respect to Defendants' Motion for Leave to File a Counterclaim and Third Party Complaint ("Motion for Leave"). In support of this motion, Defendants note the following:

1. Defendants filed their Motion for Leave (Docket –32) on September 14, 2025, before District Judge Franklin U. Valderrama.

2. That motion is OPPOSED by Plaintiffs although Defendants failed to indicate that opposition at the time of their filing in September.

3. In the interim between September and now, the parties have engaged in halting settlement talks so there was no compelling need to prosecute Defendants' Motion for Leave.

4. Settlement talks are stalled and the Defendants need to begin to prosecute their putative claims set forth in their Motion for Leave.

5. Although Defendants are confident that this Court can issue a briefing schedule and rule on the Motion for Leave without hearing, a hearing is being requested now to at least bring to the Court's attention the pending Motion for Leave.

WHEREFORE, Defendants respectfully request that this Court grant them leave to file their Counterclaim and Third-Party Complaint, instanter, or issue an Order setting forth a briefing schedule on the Motion for Leave, or set Defendants' Motion for Leave for hearing, and for any other relief that this Court deems appropriate.

By: */s/Ross I. Molho*

Ross I. Molho
Molho and Associates, LLC
1751 S. Naperville Road, Suite 209
Wheaton, IL  60189
Direct:  630-517-2622
Ross@MolhoLaw.com

Todd A. Miller (tam@alloccomiller.com)
Kathleen M. Cahill (kmc@alloccomiller.com)
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
Ph: (312) 675-4325

## Certificate of Service

The undersigned certifies that on December 16, 2025, he caused this Defendants' Motion for Hearing of Their Motion for Leave to be served via email and via the Clerk of Court, using the Court's CM/ECF system, notification of which will be sent to all counsel of record, including those counsel below.

>Patrick T. Wallace
>Laborers' Pension and Welfare Funds
>Office of Fund Counsel
>11465 W. Cermak Road
>Westchester, IL  60154
>Patrickw@chilpwf.com

>/s/*Ross I. Molho*
>ROSS I. MOLHO