# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

        Plaintiff,

v.         Case No.: 1:25−cv−02262

        Honorable Franklin U. Valderrama

Joy's Union Clean Up Services, LLC, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 12, 2026:

    MINUTE entry before the Honorable Franklin U. Valderrama: The Court is in receipt of Defendants' motions for leave to file counterclaims and a third−party complaint [32] and for a hearing on their motion for leave [43]. In their motion, however, Defendants provide little detail as to their counterclaims and notably fail to indicate whether their proposed counterclaims are compulsive or permissive under Fed. R. Civ. P. 13. Accordingly, the Court denies Defendants' motions [32] [43] without prejudice and with leave to refile with more detail as to the proposed counterclaims under Rules 13 and 14. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.