# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

                    Plaintiff,

v.                         Case No.: 1:25−cv−02262
                       Honorable Franklin U. Valderrama

Joy's Union Clean Up Services, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 15, 2026:

      MINUTE entry before the Honorable Maria Valdez: On 12/12/25, the parties were ordered to file a status report by 1/12/26. To date, no report or motion to extend the deadline has been filed. They are ordered to file the report no later than 1/16/26. The report must include a revised scheduling order if they wish to lift the discovery stay. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.