# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

                    Plaintiff,

v.                      Case No.: 1:25−cv−02262
                    Honorable Franklin U. Valderrama

Joy's Union Clean Up Services, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 16, 2026:

      MINUTE entry before the Honorable Maria Valdez: The parties advise that they have scheduled a settlement meeting in early February. They shall file a status report on the outcome of those discussions no later than 2/13/26. Discovery remains stayed in the interim. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.