IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.** <br> Plaintiffs. <br><br> v. <br><br> **Joy's Union Clean Up Services, LLC et al.** <br> Defendants. | Case No. 25-cv-2262 <br><br> MAGISTRATE JUDGE VALDEZ |

## STATUS REPORT

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Defendants Joy's Union Clean Up Services, LLC ("Joy's Union"), Joy's Cleaning Services LLC ("JCS" or collectively with Joy's Union as the "Companies") and Armando Calderon., (hereinafter collectively as "Defendants"), by through their attorney Todd A. Miller, and hereby submit the parties' Status Report ("Report") related to Plaintiffs' Motion to Compel. In support of this Report, the parties state as follows:

1. Plaintiffs issued an adjusted audit to advance settlement discussions. Defendant has reviewed the audit, prepared a position in response to the demand, and forwarded the response to Plaintiffs' counsel to inform a settlement meeting. The parties were unable to

schedule the settlement meeting the first week of February but intend to meet the week of February 16th or February 23rd to discuss settlement in advance of the briefing schedule set by Judge Valderrama on Defendants' Motion for Leave to file Counterclaim (See Docket Entry No. 50).

    2.    The parties respectfully request that discovery continued to be stayed, and that the parties file a status report reporting on continued settlement negotiations on or after March 2, 2026 to update the Court on the progress of settlement.

| | |
|---|---|
| February 13, 2026 | Respectfully submitted, |
| Laborers' Pension Fund et al. | Joy's Union Clean Up et al. |
| /s/ Patrick T. Wallace<br>Attorney for Plaintiffs | /s/ Todd A. Miller<br>Attorney for Defendant |
| Office of Fund Counsel<br>Laborers' Pension and Welfare Fund<br>11465 Cermak Road<br>Westchester, IL  60154 | Allocco Miller & Cahill, P.C.<br>20 N. Wacker Drive, Suite 3517<br>Chicago, IL 60606 |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that he caused a copy of the foregoing parties' Status Report to be served upon the following person via the Court's electronic notification system and email this 13th day of February, 2026.

Todd A. Miller
Kathleen C. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

                                      /s/ Patrick T. Wallace