IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.** <br>      **Plaintiffs.** <br><br>      v. <br><br> **Joy's Union Clean Up Services, LLC et al.** <br>      **Defendants.** | **Case No. 25-cv-2262** <br><br> **Judge Franklin U. Valderrama** |

**PLAINTIFFS' RESPONSE TO DEFENDANTS MOTION FOR LEAVE TO FILE PERMISSIVE COUNTERCLAIMS AGAINST THE PLAINTIFFS UNDER FEDERAL RULE OF CIVIL PROCEDURE 13(b) AND TO JOIN THE UNION AS AN ADDITIONAL THIRD-PARTY COUNTER-DEFENDANT UNDER RULE 20(a)(2)**

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and hereby respond to Defendants' Motion for Leave to File Permissive Counterclaims Against the Plaintiffs Under Federal Rule of Civil Procedure 13(b) and to Join the Union as an Additional Third-Party Counter-Defendant Under Rule 20(a)(2) (Docket No. 49). In support of this Response, Plaintiffs state as follows:

1.      Plaintiffs agree that the Counterclaim that Defendants seek to file is permissive. Plaintiffs contend that the claim is without merit, but do not object to having the claim addressed in this case to promote judicial economy. Plaintiffs do not represent Laborers' Local Union No.

1 so that party will need to be served. Plaintiffs respectfully request that discovery be continued generally until all parties are at issue. Plaintiffs further respectfully request that they be afforded until April 10, 2026 to file a responsive pleading to the Counterclaim. Plaintiffs' counsel spoke with Defendants' counsel Todd Miller before filing this pleading and he has no objection to these requests

March 3, 2026
                                    Respectfully submitted,

                                    Laborers' Pension Fund et al.

                                    */s/ Patrick T. Wallace*

                                    Attorney for Plaintiffs

Office of Fund Counsel
Chicago & Vicinity Laborers'
11465 Cermak Road
Westchester, IL  60154
708-562-0200 ext. 351

**CERTIFICATE OF SERVICE**

      The undersigned certifies that he caused a copy of the foregoing Plaintiffs; Motion and Notice of Motion to be served upon the following person via the Court's electronic notification system and email this 3rd day of March, 2026.

Todd A. Miller
Kathleen C. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

                                                    /s/ Patrick T. Wallace