# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

          Plaintiff,

v.           Case No.: 1:25−cv−02262

          Honorable Franklin U. Valderrama

Joy's Union Clean Up Services, LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 5, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated therein, the Court grants Defendants' motion for leave to file counterclaims and a third−party complaint [49], which Plaintiffs have indicated they do not oppose [53]. Defendants are instructed to file their submissions on the docket by 3/6/2026. Plaintiffs' answer or other responsive pleading is due by 4/10/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.