IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.** <br> Plaintiffs. <br><br> v. <br><br> **Joy's Union Clean Up Services, LLC et al.** <br> Defendants. | Case No. 25-cv-2262 <br><br> **MAGISTRATE JUDGE VALDEZ** |

## STATUS REPORT

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Defendants Joy's Union Clean Up Services, LLC ("Joy's Union"), Joy's Cleaning Services LLC ("JCS" or collectively with Joy's Union as the "Companies") and Armando Calderon., (hereinafter collectively as "Defendants"), by through their attorney Todd A. Miller, and hereby submit the parties' Status Report ("Report"). In support of this Report, the parties state as follows:

1. Defendants were given leave to file and filed a counterclaim on March 6, 2026. Defendants must serve an additional party and the Funds were given leave to file a responsive pleading on or before April 10, 2026.

Case: 1:25-cv-02262 Document #: 59 Filed: 03/06/26 Page 2 of 3 PageID #:281

2

2.      In the meantime, the parties continue to discuss settlement. Defendants made a settlement offer on February 27, 2026, and the Funds have requested additional information to evaluate the settlement.

3.      The parties respectfully request that the stay on discovery be lifted but that fact discovery be continued generally as the parties continue settlement discussions. The parties further respectfully request that the parties file a status report in forty-five (45) days to reports on the status of settlement discussions and Defendants' counterclaim.

| | |
|---|---|
| March 5, 2026 | Respectfully submitted, |
| Laborers' Pension Fund et al. | Joy's Union Clean Up et al. |
| /s/ Patrick T. Wallace<br>Attorney for Plaintiffs | /s/ Todd A. Miller<br>Attorney for Defendant |
| Office of Fund Counsel<br>Laborers' Pension and Welfare Fund<br>11465 Cermak Road<br>Westchester, IL  60154 | Allocco Miller & Cahill, P.C.<br>20 N. Wacker Drive, Suite 3517<br>Chicago, IL 60606 |

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that he caused a copy of the foregoing parties' Status Report to be served upon the following person via the Court's electronic notification system and email this 5th day of March, 2026.

Todd A. Miller
Kathleen C. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

                                                    /s/ Patrick T. Wallace