AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Chicago & Vicinity Laborers' District Council, et al.<br>*Plaintiff*<br>v.<br>Joy's Union Clean Up Services, LLC, et al.<br>*Defendant, Third-party plaintiff*<br>v.<br>Laborers' Local Union No. 1<br>*Third-party defendant* | )<br>)<br>)<br>)  Civil Action No. 1:25-cv-2262<br>)<br>)<br>)<br>)<br>) |

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Laborers' Local Union No. 1
c/o Leonel Esparza, Business Agent
8618 W. Catalpa Ave.
Suite 1101
Chicago, IL 60656

A lawsuit has been filed against defendant   Joy's Union Clean Up et al, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Chicago & Vicinity et al.   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Ross I. Molho, Molho and Associates, LLC, 1751 S. Naperville Road, Suite 209, Wheaton, IL 60189
Ross@MolhoLaw.com
630-517-2622

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patrick T. Wallace, Laborers' Pension and Welfare Funds, Office of Fund Counsel, 11465 W. Cermak Road, Westchester, IL 60154
Patrickw@chilpwf.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.



THOMAS G. BRUTON, CLERK

*Elizabeth Eichenlaub*

March 6, 2026

(By) DEPUTY CLERK

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:25-cv-2262

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: