# CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS | Case #: 1:25-cv-2262 |

**Chicago & Vicinity Laborer's District Council Pension Fund, et al.** — Plaintiff

vs.

**Joy's Union Clean Up Services, LLC, et al** — Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons On A Third-Party Complaint; Complaint; Exhibit(s); Defendant's Counterclaim Against the Funds and Third Party Complaint Against the Union**

| | |
|---|---|
| PARTY SERVED: | **LABORER'S LOCAL UNION NO. 1** |
| PERSON SERVED: | **LEONEL ESPARZA, REGISTERED AGENT** |
| METHOD OF SERVICE: | **Corporate** - By delivering a true copy with the person identified above, who is authorized to accept or apparently in charge thereof. I informed said person of the contents therein. |
| DATE & TIME OF DELIVERY: | **3/11/2026 at 11:32 AM** |
| ADDRESS, CITY AND STATE: | **8618 W. CATALPA AVE., STE 1101, CHICAGO, IL 60656** |

Race: **Hispanic**  Sex: **Male**  Age: **55**
Height: **5'10"**  Weight: **225**  Hair: **Black**  Glasses: **No**

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 3/13/2026.

Steven A. Stosur
Registration No: 117-001119

CLIENT: **Molho and Associates, LLC**
FILE #:

Job #: **670746**