## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Chicago Laborers Dist. Pension v. Joy's Clean Up Serv. LLC     Case Number: 1:25-cv-02262

An appearance is hereby filed by the undersigned as attorney for:

Third-Party Defendant Laborers' Local Union No. 1

Attorney name (type or print): Robert E. Bloch

Firm: Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich, LLP

Street address: 8 S. Michigan Ave, 19th Floor

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6187400
(See item 3 in instructions)     Telephone Number: (312) 372-1361

Email Address: rebloch@laboradvocates.com

Are you acting as lead counsel in this case?          ☐ Yes   ✔ No

Are you acting as local counsel in this case?         ☐ Yes   ✔ No

Are you a member of the court's trial bar?            ✔ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes   ✔ No

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/26/2026

Attorney signature:     S/ Robert E. Bloch

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015