**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Chicago & Vicinity Laborers' District Council Pension Fund, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Joy's Union Clean Up Services, LLC, and Joy's Cleaning Services, LLC,** | ) | **Case No. 1:25-cv-2262** |
| | ) | |
| | ) | **Judge Franklin U. Valderrama** |
| **Defendants/Third-Party Plaintiffs** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Laborers' Local Union No. 1,** | ) | |
| | ) | |
| **Third-Party Defendant** | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THIRD-PARTY
DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO
THIRD-PARTY COMPLAINT**

Third-Party Defendant Laborers' Local Union No. 1 ("Union") hereby moves for an extension of time until and including April 15, 2026, to answer or otherwise plead to the Third-Party Complaint of Joy's Union Clean Up Services, LLC, and Joy's Cleaning Services, LLC (together "Joy's"). In support of this Unopposed Motion, the Union states as follows:

1.     Joy's filed their Third-Party Complaint on March 5, 2026, in the United States District Court for the Northern District of Illinois, Case No. 1:25-cv-2262.

2.     Joy's served the Union with a copy of the Complaint on March 11, 2026.

3.     Counsel for the Union requires additional time beyond 21 days from the date of service to prepare the best response.

4.      Accordingly, the Union requests a fourteen (14)-day extension of time to answer or otherwise plead to Joy's Third-Party Complaint up to and including April 15, 2026

5.      Joy's will not be prejudiced by this extension and do not oppose the Motion.


WHEREFORE, Third-Party Defendant Laborers' Local Union No. 1 respectfully requests that this Court enter an Order granting it an extension of time up to and including April 15, 2026 to answer or otherwise plead to Plaintiffs' Complaint.

March 26, 2026

Respectfully submitted,
/s/ Josiah A. Groff
Josiah A. Groff
Attorney for Third-Party Defendant


Robert E. Bloch (#6187400)
Josiah A. Groff (#6289628)
DOWD, BLOCH, BENNETT, CERVONE,
        AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603
(312) 372-1361
jgroff@laboradvocates.com
efile@laboradvocates.com