**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

           Plaintiff,

v.              Case No.: 1:25−cv−02262

              Honorable Franklin U.
              Valderrama

Joy's Union Clean Up Services, LLC, et al.

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 27, 2026:

   MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated therein, the Court grants Third Party Defendant Laborers' Local Union No. 1's motion for extension of time to respond to the third−party complaint [64]. Laborers' Local Union No. 1's answer or responsive pleading is due by 4/15/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.