**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al. Plaintiffs.** <br><br> **v.** <br><br> **Joy's Union Clean Up Services, LLC et al.** <br> **Defendants.** | **Case No. 25-cv-2262** <br><br> **JUDGE FRANKLIN U. VALDERRAMA** |

## JOINT MOTION TO ENLARGE TIME

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Defendants Joy's Union Clean Up Services, LLC ("Joy's Union"), Joy's Cleaning Services LLC ("JCS" or collectively with Joy's Union as the "Companies") and Armando Calderon., (hereinafter collectively as "Defendants"), by their attorney Todd A. Miller, and Laborers' Local Union No. 1 ("Local 1"), by their attorneys Robert E. Bloch and Joshia Groff and hereby submit the parties' Joint Motion to Enlarge Time to file responsive pleadings to Defendants' Counterclaim and to amend pleadings and add parties. In support of this Motion, the parties state as follows:

1.      Defendants have filed a Counterclaim against the Funds and Local 1. The Funds are scheduled to file a responsive pleading to the Counterclaim on or before April 10, 2026 and

Local 1 is scheduled to file a responsive pleading to the Counterclaim on or before April 14, 2026.

2.      A related Grievance is scheduled to go to hearing on April 9, 2026.

3.      The parties are engaged in settlement discussions. Defendants have recently produced additional records that will inform those discussions and the parties want to preserve and redirect resources to those discussions.

4.      Accordingly, the parties respectfully request that the time for the Funds and Local 1 to file responsive pleadings to Defendants' Counterclaim be enlarged up and through May 29, 2026 to enable the parties to pursue additional settlement discussions and further request that any deadline to amend pleadings or add parties be extended through October 30, 2026.

5.      This motion is made for the reasons stated herein to promote judicial economy and preserve resources for settlement and is not for the sole purpose of delay.

WHEREFORE, the parties respectfully request that the time for the Funds and Local 1 to file responsive pleadings to Defendants' Counterclaim be enlarged up and through May 29, 2026 to enable the parties to pursue additional settlement discussions and further request that any deadline to amend pleadings or add parties be extended through October 30, 2026.

April 8, 2026                             Respectfully submitted,

| | |
|---|---|
| Laborers' Pension Fund et al. | Joy's Union Clean Up et al. |
| /s/ Patrick T. Wallace | /s/ Todd A. Miller |
| Attorney for Plaintiffs | Attorney for Defendant |
| | |
| Office of Fund Counsel | Allocco Miller & Cahill, P.C. |
| Laborers' Pension and Welfare Fund | 20 N. Wacker Drive, Suite 3517 |
| 11465 Cermak Road | Chicago, IL 60606 |
| Westchester, IL 60154 | |

2

/s/ Robert E. Bloch
/s/ Joshia Groff
Attorneys for Laborers Local Union 1

DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing Joint Motion to Enlarge

Time to be served upon the following persons via the Court's electronic notification system this

8th day of April, 2026.

Todd Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606


Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189


Robert E. Bloch
Joshia Groff
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

/s/ Patrick T. Wallace

4