# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:25−cv−02262

Honorable Franklin U.
Valderrama

Joy's Union Clean Up Services, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated therein, the parties' joint motion for extension of time [66] is granted. The Funds and Local 1's deadline to file responsive pleadings to Defendants' counterclaim is due by 5/29/2026. The deadline to amend pleadings or add parties is extended through 10/30/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.