**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **Chicago & Vicinity Laborers' et al.**<br>**Plaintiffs.**<br><br>**v.**<br><br>**Joy's Union Clean Up Services, LLC et**<br>**al.**<br>**Defendants.** | **Case No. 25-cv-2262**<br><br>**MAGISTRATE JUDGE VALDEZ** |

## STATUS REPORT

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund,

Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General

Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council

Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator

of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and

Defendants and Counterclaimants Joy's Union Clean Up Services, LLC ("Joy's Union"), Joy's

Cleaning Services LLC ("JCS" or collectively with Joy's Union as the "Companies") and

Armando Calderon., (hereinafter collectively as "Defendants"), by through their attorney Todd

A. Miller, and Laborers' Local Union No. 1 ("Local 1"), by and through its attorneys Robert E.

Bloch and Josiah Groff, and hereby submit the parties' Status Report ("Report").  In support of

this Report, the parties state as follows:

1. Defendants have provided additional documents to Plaintiffs to review and

consider in responding to the settlement offer made on February 27, 2026.  The parties have

agreed that pursuing additional settlement negotiations at this time is a better investment of resources and, accordingly, filed a Joint Motion to Extend the time to file responsive pleadings to Defendants' counterclaim. Judge Valderrama granted the parties' Motion and extended the deadline to file responsive pleadings to Defendants' counterclaim on or before May 29, 2026 and extended the deadline to amend pleadings or add parties through October 30, 2026.

2.      The parties respectfully suggest that they file another status report in forty-five (45) days to reports on the status of settlement discussions and Defendants' counterclaim.


April 16, 2026                                                  Respectfully submitted,


Laborers' Pension Fund et al.                        Joy's Union Clean Up et al.

/s/ Patrick T. Wallace                                    /s/ Todd A. Miller
Attorney for Plaintiffs                                   Attorney for Defendant


Office of Fund Counsel                                Allocco Miller & Cahill, P.C.
Laborers' Pension and Welfare Fund           20 N. Wacker Drive, Suite 3517
11465 Cermak Road                                     Chicago, IL 60606
Westchester, IL  60154


/s/ Robert E. Bloch
/s/ Joshia Groff
Attorneys for Laborers Local Union 1

DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603


2

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing Status Report to be served upon the following persons via the Court's electronic notification system this 16th day of April, 2026.

Todd Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606


Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189


Robert E. Bloch
Joshia Groff
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

/s/ Patrick T. Wallace

3