**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.** **Plaintiffs.** **v.** **Joy's Union Clean Up Services, LLC et al.** **Defendants.** | **Case No. 25-cv-2262** **JUDGE FRANKLIN U. VALDERRAMA** |

## JOINT MOTION TO ENLARGE TIME

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Laborers' Local Union No. 1 ("Local 1"), by their attorneys Robert E. Bloch and Joshia Groff, and hereby submit the parties' Joint Motion to Enlarge Time to file responsive pleadings to Defendants' Counterclaim and to amend pleadings and add parties.  In support of this Motion, the Funds and Local 1 state as follows:

1.	Defendants have filed a Counterclaim against the Funds and Local 1 The Funds and Local 1 are scheduled to file responsive pleadings to the Counterclaim on May 29, 2026.

2.	The parties remain engaged in settlement discussions.

3.	Accordingly, the Funds and Local 1 respectfully request that the time for the Funds and Local 1 to file responsive pleadings to Defendants' Counterclaim be enlarged up and

through July 3, 2026 to enable the parties to pursue additional settlement discussions.

4.     This motion is made for the reasons stated herein to promote judicial economy and preserve resources for settlement and is not for the sole purpose of delay.

WHEREFORE, the parties respectfully request that the time for the Funds and Local 1 to file responsive pleadings to Defendants' Counterclaim be enlarged up and through July 3, 2026.

May 29, 2026                                          Respectfully submitted,

Laborers' Pension Fund et al.
/s/ Patrick T. Wallace
Attorney for Plaintiffs

Office of Fund Counsel
Laborers' Pension and Welfare Fund
11465 Cermak Road
Westchester, IL  60154

/s/ Robert E. Bloch
/s/ Joshia Groff
Attorneys for Laborers Local Union
DOWD, BLOCH, BENNETT, CERVONE,
AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing Joint Motion to Enlarge Time to be served upon the following persons via the Court's electronic notification system on the 29th day of May, 2026.

Todd Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209

2

Wheaton, IL 60189

Robert E. Bloch
Joshia Groff
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

/s/ Patrick T. Wallace

3