**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.**<br>　　**Plaintiffs.**<br><br>　　**v.**<br><br>**Joy's Union Clean Up Services, LLC et al.**<br>　　**Defendants.** | **Case No. 25-cv-2262**<br><br>**MAGISTRATE JUDGE VALDEZ** |

**<u>STATUS REPORT</u>**

　　NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Defendants and Counterclaimants Joy's Union Clean Up Services, LLC ("Joy's Union"), Joy's Cleaning Services LLC ("JCS" or collectively with Joy's Union as the "Companies") and Armando Calderon., (hereinafter collectively as "Defendants"), by through their attorney Todd A. Miller, and Laborers' Local Union No. 1 ("Local 1"), by and through its attorneys Robert E. Bloch and Josiah Groff, and hereby submit the parties' Status Report ("Report").  In support of this Report, the parties state as follows:

1. The parties continue to engage in settlement discussions. The Funds and Local 1 have requested to enlarge the time to file responsive pleadings to the counterclaim as the parties continue settlement discussions.

2. The parties respectfully suggest that they file another status report in forty-five (45) days to reports on the status of settlement discussions and Defendants' counterclaim.

June 1, 2026            Respectfully submitted,

Laborers' Pension Fund et al.         Joy's Union Clean Up et al.

/s/ Patrick T. Wallace           /s/ Todd A. Miller
Attorney for Plaintiffs          Attorney for Defendant

Office of Fund Counsel          Allocco Miller & Cahill, P.C.
Laborers' Pension and Welfare Fund    20 N. Wacker Drive, Suite 3517
11465 Cermak Road          Chicago, IL 60606
Westchester, IL 60154

/s/ Robert E. Bloch
/s/ Joshia Groff
Attorneys for Laborers Local Union 1

DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that he caused copies of the foregoing Status Report to be

served upon the following persons via the Court's electronic notification system this 1st day of

June 2026.

Todd Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606


Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189


Robert E. Bloch
Joshia Groff
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

/s/ Patrick T. Wallace

3