## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:25−cv−02262

　　　　　　　　　　　　　　　　　　　　　　　Honorable Franklin U.
　　　　　　　　　　　　　　　　　　　　　　　Valderrama

Joy's Union Clean Up Services, LLC, et al.

　　　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2026:

　　　　MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is a motion for extension of time [72] filed by the Funds and Local 1 to respond to Defendants' counterclaims. However, nowhere in the parties' motion do they state whether the motion is opposed or unopposed by Defendants. The Court therefore denies the motion without prejudice. Pursuant to the Court's Standing Order, "[b]efore filing a motion, the movant's counsel must ask opposing counsel whether there is an objection to the motion. The motion should clearly indicate whether it is opposed or unopposed." By 6/8/2026, the Funds and Local 1 may file another motion for extension, and in that motion the parties must clearly indicate whether the motion is opposed or unopposed. Because the Funds and Local 1's deadline to file a responsive pleading was 5/29/2026, the Court extends this deadline to 6/8/2026. The Court terminates the earlier−filed motion [70] as moot. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.