**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

          Plaintiff,

v.
          Case No.: 1:25−cv−02262

          Honorable Franklin U.
          Valderrama

Joy's Union Clean Up Services, LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

     MINUTE entry before the Honorable Maria Valdez: The parties advise they need additional time to explore settlement. A further joint status report is due by 7/16/26. If a settlement in principle is not reached by that date, the status report shall include an agreed schedule for the completion of any remaining discovery. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.