**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al. Plaintiffs.** <br><br> **v.** <br><br> **Joy's Union Clean Up Services, LLC et al.** <br> **Defendants.** | **Case No. 25-cv-2262** <br><br> **JUDGE FRANKLIN U. VALDERRAMA** |

## <u>JOINT MOTION TO ENLARGE TIME</u>

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Laborers' Local Union No. 1 ("Local 1"), by their attorneys Robert E. Bloch and Joshia Groff, and hereby submit the parties' Joint Motion to Enlarge Time to file responsive pleadings to Defendants' Counterclaim and to amend pleadings and add parties. In support of this Motion, the Funds and Local 1 state as follows:

1. Defendants have filed a Counterclaim against the Funds and Local 1 The Funds and Local 1 are scheduled to file responsive pleadings to the Counterclaim on May 29, 2026.

2. The parties remain engaged in settlement discussions.

3. Accordingly, the Funds and Local 1 respectfully request that the time for the Funds and Local 1 to file responsive pleadings to Defendants' Counterclaim be enlarged up and

through July 3, 2026 to enable the parties to pursue additional settlement discussions.

4. This motion is made for the reasons stated herein to promote judicial economy and preserve resources for settlement and is not for the sole purpose of delay.

5. Movants originally conferred with counsel for Defendants on the previously filed Motion (Docket Entry No. 72) and Defendants' counsel indicated that they would not agree to the motion but would not oppose the Motion. Plaintiffs' counsel conferred again with counsel for Defendants on June 8th before filing this Motion and was advised that Defendants now oppose this Motion and wish to brief the Motion.

WHEREFORE, the parties respectfully request that the time for the Funds and Local 1 to file responsive pleadings to Defendants' Counterclaim be enlarged up and through July 3, 2026.

June 8, 2026                                   Respectfully submitted,


                                              Laborers' Pension Fund et al.
                                              /s/ Patrick T. Wallace
                                              Attorney for Plaintiffs

                                              Office of Fund Counsel
                                              Laborers' Pension and Welfare Fund
                                              11465 Cermak Road
                                              Westchester, IL  60154

                                              /s/ Robert E. Bloch
                                              /s/ Joshia Groff
                                              Attorneys for Laborers Local Union
                                              DOWD, BLOCH, BENNETT, CERVONE,
                                              AUERBACH & YOKICH, LLP
                                              8 S. Michigan Ave., 19th Floor
                                              Chicago, IL 60603

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that he caused copies of the foregoing Joint Motion to Enlarge

Time to be served upon the following persons via the Court's electronic notification system on

the 8th day of June, 2026.

Todd Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

Robert E. Bloch
Joshia Groff
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

/s/ Patrick T. Wallace

3