## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

                                                  Plaintiff,

v.                                                        Case No.: 1:25−cv−02262

                                                          Honorable Franklin U.
                                                          Valderrama

Joy's Union Clean Up Services, LLC, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 15, 2026:

        MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is a motion for extension of time [76] filed by the Funds and Local 1 to respond to Defendants' counterclaims. The Court previously denied without prejudice a similar motion for the parties' failure to indicate whether the motion is opposed or unopposed. The Funds and Local 1 now state that, "Movants originally conferred with counsel for Defendants on the previously filed Motion (Docket Entry No. 72) and Defendants' counsel indicated that they would not agree to the motion but would not oppose the Motion. Plaintiffs' counsel conferred again with counsel for Defendants on June 8th before filing this Motion and was advised that Defendants now oppose this Motion and wish to brief the Motion." The Court finds that extension is warranted in these circumstances, to allow the parties to pursue additional settlement discussions. The Court grants the motion [76] and extends the Funds and Local 1's deadline to respond to Defendants' counterclaims to 7/6/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.