**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.**      **Plaintiffs.** <br><br>      **v.** <br><br> **Joy's Union Clean Up Services, LLC et al.** <br>      **Defendants.** | **Case No. 25-cv-2262** <br><br> **JUDGE FRANKLIN U. VALDERRAMA** |

## PLAINTIFFS/COUNTER-DEFENDANTS' MOTION TO DISMISS

NOW COME Plaintiffs and Counter-Defendants, Chicago & Vicinity Laborers' District Council Pension Fund, Chicago & Vicinity Laborers' District Council Welfare Fund, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and hereby submit the Funds' Motion to Dismiss the Counterclaim filed by Defendants (Doc. No. 55).  In support of this Motion, the Funds state as follows:

1.  Defendants have failed to provide sufficient factual detail in all four Counts of their Counterclaim to permit the Court to draw a reasonable inference that the Funds engaged in any of the alleged conduct.  Accordingly, the Counterclaim should be dismissed in its entirety pursuant to Fed. R. Civ. P. 12(b)(6) for failing to state any claims upon which relief can be granted.

2.  In addition, all of Defendants' claims are preempted by Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. §185.  Accordingly, Defendants'

2

Counterclaim must be dismissed with prejudice.

3.      In support of this Motion, the Funds have contemporaneously their Memorandum of Law in Support of the Funds' Motion to Dismiss the Counterclaim.

WHEREFORE, the Funds respectfully request that Defendants Counterclaim be dismissed with prejudice.

July 6, 2026                                                  Respectfully submitted,


Laborers' Pension Fund et al.
/s/ Patrick T. Wallace
Attorney for Plaintiffs

Office of Fund Counsel
Laborers' Pension and Welfare Fund
11465 Cermak Road
Westchester, IL  60154

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that he caused copies of the foregoing Motion to Dismiss to be served upon the following persons via the Court's electronic notification system on the 29th day of June, 2026.

Todd Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

Robert E. Bloch
Joshia Groff
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

/s/ Patrick T. Wallace

3