## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:25−cv−02262

Honorable Franklin U.<br>Valderrama

Joy's Union Clean Up Services, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court are motions to dismiss filed by Third Party Defendant Laborers' Local Union No. 1 [78] and Plaintiffs Chicago & Vicinity Laborers' District Council Welfare Fund, Catherine Wenskus, Chicago & Vicinity Laborers' District Council Retiree Health and Welfare Fund, Chicago & Vicinity Laborers' District Council Pension Fund [80]. Defendants Joy's Union Clean Up Services, LLC, Joy's Cleaning Services LLC, and Armando Calderon shall file a response to the motions on or before 7/28/2026. Third Party Defendant Laborers' Local Union No. 1 and Plaintiffs Chicago & Vicinity Laborers' District Council Welfare Fund, Catherine Wenskus, Chicago & Vicinity Laborers' District Council Retiree Health and Welfare Fund, Chicago & Vicinity Laborers' District Council Pension Fund shall file their replies on or before 8/4/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.