# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:25−cv−02262

Honorable Franklin U. Valderrama

Joy's Union Clean Up Services, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court sets the following briefing schedule on Third−Party Defendant Laborers' Local Union No. 1's motion to dismiss third−party complaint [78]: Third Party Plaintiff's response due on or before 7/28/2026; Laborers' Local Union No. 1's reply due on or before 8/11/2026. The Court sets the following briefing schedule on Plaintiffs/Counter−Defendants' motion to dismiss the counterclaim filed by Defendants [80]: Defendant's response due on or before 7/28/2026; Plaintiff/Counter−Defendants' reply due on or before 8/11/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.