## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

                                        Plaintiff,

v.                                                    Case No.: 1:25−cv−02262

                                                      Honorable Franklin U.
                                                      Valderrama

Joy's Union Clean Up Services, LLC, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

     MINUTE entry before the Honorable Franklin U. Valderrama: The Court strikes docket entry [82] and all the deadlines associated with the order. The standing order deadlines entered in docket entry [83] stand. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.