**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.**<br>**Plaintiffs.**<br><br>**v.**<br><br>**Joy's Union Clean Up Services, LLC et**<br>**al.**<br>　　　**Defendants.** | **Case No. 25-cv-2262**<br><br>**MAGISTRATE JUDGE VALDEZ** |

**STATUS REPORT**

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Defendants and Counterclaimants Joy's Union Clean Up Services, LLC ("Joy's Union"), Joy's Cleaning Services LLC ("JCS" or collectively with Joy's Union as the "Companies") and Armando Calderon., (hereinafter collectively as "Defendants"), by through their attorney Todd A. Miller, and Laborers' Local Union No. 1 ("Local 1"), by and through its attorneys Robert E. Bloch and Josiah A. Groff, and hereby submit the parties' Status Report ("Report"). In support of this Report, the parties state as follows:

1.      The Funds and Local 1 have filed Motions to Dismiss Defendants Counterclaims. Judge Valderrama has ordered Defendants to file response briefs to the Motion by July 28, 2026 and ordered reply briefs to be filed by August 11, 2026.  See Docket Entry No. 83.

2.      The parties continue to engage in settlement discussions and counsel for the parties met on July 14, 2026 in furtherance of settlement.

3.      The parties propose a revised close of fact discovery Friday, November 13, 2026 and the close of expert discovery of Friday, March 26, 2027.  Further, the parties shall service initial disclosures related to Defendants' Counterclaim Against the Funds And Third Party Complaint Against the Union (DKT#55) by August 21, 2026.  This proposed schedule takes into account the pending Motions to Dismiss Defendants' Counterclaims.


July 16, 2026                                            Respectfully submitted,


Laborers' Pension Fund et al.                           Joy's Union Clean Up et al.

/s/ Patrick T. Wallace                                  /s/ Todd A. Miller
Attorney for Plaintiffs                                 Attorney for Defendant


Office of Fund Counsel                                  Allocco Miller & Cahill, P.C.
Laborers' Pension and Welfare Fund                      20 N. Wacker Drive, Suite 3517
11465 Cermak Road                                       Chicago, IL 60606
Westchester, IL  60154


/s/ Robert E. Bloch
/s/ Josiah A. Groff
Attorneys for Laborers Local Union 1

DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603


2

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing Status Report to be

served upon the following persons via the Court's electronic notification system this 16th day of

July 2026.

Todd Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606


Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189


Robert E. Bloch
Josiah A. Groff
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

/s/ Patrick T. Wallace

3