**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council
Pension Fund, et al.

|                              |                          |
|------------------------------|--------------------------|
|                              | Plaintiff,               |
| v.                           | Case No.: 1:25−cv−02262  |
|                              | Honorable Franklin U. Valderrama |
| Joy's Union Clean Up Services, LLC, et al. | |
|                              | Defendant.               |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 17, 2026:

     MINUTE entry before the Honorable Maria Valdez: The parties advise they continue to negotiate settlement and request a revised discovery schedule. The fact discovery deadline is extended to 11/13/26, and the expert discovery deadline is 3/26/27. A further joint status report shall be filed no later than 9/25/26. If the parties wish to begin the process of scheduling a settlement conference at any time prior to that date, they should notify the Court. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.