# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Chicago & Vicinity Laborers' District Council Pension Fund. et al. v.

Case Number: 1:25-cv-2262

An appearance is hereby filed by the undersigned as attorney for:

Joy's Union Clean Up Services, LLC, Joy's Cleaning Services, LLC, and Armando Calderon

Attorney name (type or print): David Marshall Brown

Firm: David Marshall Brown, Esq.

Street address: 6078 Tower Road

City/State/Zip: Tallassee, Tennessee 37878

Bar ID Number: FL 0995649; GA 086982 (See item 3 in instructions)

Telephone Number: (865) 256-0566

Email Address: DavidBrownFLL@gmail.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

- ☐ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you a
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 18, 2026

Attorney signature: S/ David Marshall Brown

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023