AMENDED (To add as Lead and Trial Counsel)

**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Chicago & Vicinity Laborers' District Council Pension Fund. et al v.

Case Number: 1:25-cv-002262

An appearance is hereby filed by the undersigned as attorney for:

Joy's Union Clean Up Services, LLC, Joy's Cleaing Services, LLC, and Armando Calderon

Attorney name (type or print): David Marshall Brown

Firm: David Marshall Brown, Esq.

Street address: 6078 Tower Road

City/State/Zip: Tallassee, Tennessee 37878

Bar ID Number: FL 0995649
(See item 3 in instructions)

Telephone Number: (865) 256-0566

Email Address: DavidBrownFLL@gmail.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

- ☐ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you a
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 02, 2026

Attorney signature: S/ ______________________
(Use electronic signature if the appearance form is filed electronically.)