**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.**<br>**Plaintiffs.**<br><br>**v.**<br><br>**Joy's Union Clean Up Services, LLC et al.**<br>**Defendants.** | **Case No. 25-cv-2262**<br><br>**MAGISTRATE JUDGE VALDEZ** |

## STATUS REPORT

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and Defendants and Counterclaimants Joy's Union Clean Up Services, LLC ("Joy's Union"), Joy's Cleaning Services LLC ("JCS" or collectively with Joy's Union as the "Companies") and Armando Calderon., (hereinafter collectively as "Defendants"), by through their attorneys Ross Molho and David M. Brown , and Laborers' Local Union No. 1 ("Local 1"), by and through its attorneys Robert E. Bloch and Josiah Groff, and hereby submit the parties' Status Report ("Report"). In support of this Report, the parties state as follows:

1. The Funds and Local 1 have filed Motions to Dismiss Defendants Counterclaims. The Motions have been briefed and the parties await the Court's ruling.

2. Fact discovery is set to close on November 13, 2026. Although the parties remain open to settlement, it does not appear likely at this point so Plaintiffs have requested that their discovery requests be answered by October 5th or they will renew their Motion to Compel.

3. Third-party Defendant Laborers' Local Union No. 1 served written discovery on Defendants on August 25, 2026, and a response is pending.

4. The parties respectfully suggest that they filed another status report in thirty (30) days advising on the status of the Motion to Dismiss and discovery.

September 24, 2026

Respectfully submitted,

Laborers' Pension Fund et al.

/s/ Patrick T. Wallace
Attorney for Plaintiffs

Office of Fund Counsel
Laborers' Pension and Welfare Fund
11465 Cermak Road
Westchester, IL 60154

Joy's Union Clean Up et al.

/s/ Ross Molho
Attorney for Defendant

Molho & Associates .
1751 S. Naperville Rd., Suite 309
Wheaton, IL 60189

/s/ David M. Brown
Attorney for Defendant

David M. Brown
6078 Tower Rd.
Tallassee, TN 37878

/s/ Robert E. Bloch
/s/ Joshia Groff
Attorneys for Laborers Local Union 1

DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused copies of the foregoing Status Report to be served upon the following persons via the Court's electronic notification system on this 24th day of September.

Todd Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

Robert E. Bloch
Joshia Groff
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

David M. Brown
6078 Tower Rd.
Tallassee, TN 37878

/s/ Patrick T. Wallace