**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:25−cv−02262
Honorable Franklin U. Valderrama

Joy's Union Clean Up Services, LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 7, 2026:

MINUTE entry before the Honorable Maria Valdez: Hearing on Plaintiffs' Motion to Compel [97] is set for 10/20/26 at 10:00 a.m. in Courtroom 1041. Remote and/or telephonic appearances are not allowed. The parties must continue meeting and conferring, and the 10/16/26 status report previously ordered shall also describe the remaining disputes raised in this motion. The parties are cautioned that if a ruling is necessary, and they have failed to meet and confer in good faith, the Court will strictly construe Federal Rule of Civil Procedure 37(a)(5). Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.