# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Chicago Laborers Dist. Pension v. Joy's Clean Up Serv. LLC

Case Number: 1:25-cv-02262

An appearance is hereby filed by the undersigned as attorney for:

Third-Party Defendant Laborers' Local Union No.1

Attorney name (type or print): Martin S. Stainthorp

Firm: Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich, LLP

Street address: 8 South Michigan Ave., 19th Floor

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6339722
(See item 3 in instructions)

Telephone Number: (312) 372-1361

Email Address: mstainthorp@laboradvocates.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 7, 2026

Attorney signature: S/ Martin S. Stainthorp
(Use electronic signature if the appearance form is filed electronically.)