**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.**<br>**Plaintiffs.**<br><br>**v.**<br><br>**Joy's Union Clean Up Services, LLC et al.**<br>**Defendants.** | **Case No. 25-cv-2262**<br><br>**Judge Valderrama** |

**SUGGESTION OF BANKRUPTCY**

Now comes Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers' District Council Retiree Health and Welfare Fund, and Catherine Wenskus, hereby notifying the Court that one of the three Defendants, Joy's Union Clean Up Services, LLC, filed a Chapter 11 Bankruptcy Petition on October 12, 2026 and was assigned Case No. 26-16979 in the Bankruptcy Court for the Northern District of Illinois, Eastern Division. Plaintiffs request that no further rulings be made on this case solely with respect to Defendant Joy's Union Clean Up Services, LLC. pending disposition in the bankruptcy court. The case remains pending as to the other Defendants in the case.

October 13, 2026

Respectfully submitted,

Laborers' Pension Fund, et al.

By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

**CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that she caused a copy of the foregoing Suggestion of Bankruptcy to be served upon the following via the Courts electronic notification system this 13th day of October, 2026.

Todd Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

Robert E. Bloch
Joshia Groff
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

David M. Brown
6078 Tower Rd.
Tallassee, TN 37878

/s/ Patrick T. Wallace