**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:25−cv−02262
Honorable Franklin U. Valderrama

Joy's Union Clean Up Services, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: Plaintiff filed a status report and suggestion of bankruptcy [100] informing the Court that Joy's Union Clean Up Services, LLC filed for bankruptcy on 10/12/2026. Therefore, all proceedings in this Court as to Defendant Joy's Union Clean Up Services, LLC are stayed pursuant to 11 U.S.C. § 362. Plaintiffs request that no further rulings be made on this case solely with respect to Defendant Joy's Union Clean Up Services, LLC. The pending motions to dismiss are terminated without prejudice [78] [80] as they seek to dismiss counterclaims and the third−party complaint brought by parties including Joy's Union Clean Up Services, LLC [55]. By 12/9/2026, the remaining parties not subject to the automatic stay are directed to file a joint status report regarding how to proceed with the case in light of the bankruptcy. Plaintiffs are also ordered to file a status report within 7 days of the Bankruptcy Court's lifting of the automatic stay. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.