**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Chicago & Vicinity Laborers' District Council Pension Fund, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **Joy's Union Clean Up Services, LLC, Joy's Cleaning Services, LLC, and Armando Calderon,** | ) | **Case No. 1:25-cv-2262** |
| | ) | **Judge Franklin U. Valderrama** |
| **Defendants/Third-Party Plaintiffs,** | ) | **Magistrate Judge Maria Valdez** |
| **v.** | ) | |
| **Laborers' Local Union No. 1,** | ) | |
| **Third-Party Defendant.** | ) | |

**STATUS REPORT ON
THIRD-PARTY DEFENDANT UNION'S
<u>MOTION TO COMPEL</u>**

Pursuant to the Court's order of October 7, 2026 (Docket No. 98), Third-Party Defendant Laborers' Local Union No. 1 ("Union") submits this unilateral status report concerning its pending Motion to Compel (Docket No. 95) and the effect of Defendant Joy's Union Clean Up Services, LLC's bankruptcy filing.

## I. Bankruptcy Filing and Effect of the Automatic Stay

On October 12, 2026, Defendant/Third-Party Plaintiff Joy's Union Clean Up Services, LLC filed a petition for bankruptcy in the Northern District of Illinois, Case No. 26-16979. On October 14, 2026, Judge Valderrama entered an order staying all proceedings against Joy's Union Clean Up Services, LLC pursuant to 11 U.S.C. § 362. (Docket No. 101.)

The Union respectfully submits that it is not certain the automatic stay applies to the claims asserted by Joy's Union Clean Up Services, LLC against the Union. The Union is solely a third-party defendant and has asserted no claims against the bankruptcy debtor, or any other party. Rather, the Union is defending against claims brought by the debtor. The automatic stay generally does not prohibit a defendant from defending against a lawsuit initiated by the debtor. See *Martin-Trigona v. Champion Fed. Sav. & Loan Ass'n*, 892 F.2d 575, 577 (7th Cir. 1989); *Gordon v. Whitmore (In re Merrick)*, 175 B.R. 333, 337 (9th Cir. BAP 1994). Nevertheless, the Union respects Judge Valderrama's directive staying proceedings against Joy's Union Clean Up Services, LLC and does not seek to proceed against that entity at this time.

The other two Defendants/Third-Party Plaintiffs, Joy's Cleaning Services, LLC and Armando Calderon, have not filed for bankruptcy, to the Union's knowledge, and are not subject to the automatic stay applicable to Joy's Union Clean Up Services, LLC. Accordingly, the Union requests that its Motion to Compel proceed as to these two Defendants.

**II. Union's Position**

Defendants previously proposed to respond to the Union's written discovery by October 20, 2026. The Union continues to accept that deadline as to Joy's Cleaning Services, LLC and Armando Calderon, subject to the following additional terms:

(a) an extension of the fact discovery cut-off for 26 days from November 13, 2026 to December 9, 2026, which is equal to the amount of time between when Defendants were due to respond to the Union's written discovery of August 25, 2026 and the proposed date to answer of October 20, 2026; and

(b) payment by Joy's Cleaning Services, LLC and Armando Calderon to the Union as attorneys' fees pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), which the Union proposes be awarded in the amount of $500.00 without further proceedings.

## III. Efforts to Confer and Defendants' Position

Defendants previously indicated that they did not agree to these additional terms about the discovery extension and attorneys' fees. Following the bankruptcy filing, Union counsel attempted to confer with Defendants' counsel, David Brown, regarding how the bankruptcy should affect the pending Motion to Compel and the parties' status report. On October 12, 2026, Mr. Brown advised Union counsel that he would respond later that afternoon, but did not do so. Union counsel followed up by email on October 13, confirming that no response had been received and requesting Defendants' position. Mr. Brown has failed to respond to Union counsel's efforts to confer on these issues. Accordingly, the Union submits this report unilaterally.

The Union respectfully requests that the Court maintain the October 20, 2026 hearing on its Motion to Compel to address the remaining discovery disputes concerning Joy's Cleaning Services, LLC and Armando Calderon.

Respectfully submitted,

/s/ Martin Stainthorp
Robert E. Bloch (ARDC# 6187400)
Josiah A. Groff (ARDC# 6289628)
Martin S. Stainthorp (ARDC# 6339722)
DOWD, BLOCH, BENNETT, CERVONE,
AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603
(312) 372-1361
rebloch@laboradvocates.com
jgroff@laboradvocates.com
mstainthorp@laboradvocates.com

October 16, 2026