**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Chicago & Vicinity Laborers' et al.**<br>**Plaintiffs.**<br><br>**v.**<br><br>**Joy's Union Clean Up Services, LLC et al.**<br>**Defendants.** | **Case No. 25-cv-2262**<br><br>**MAGISTRATE JUDGE VALDEZ** |

**STATUS REPORT**

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,"), by their attorney, Patrick T. Wallace, and hereby submit Plaintiffs' Status Report ("Report") as it pertains to the Funds' Motion to Compel (Docket No. 97) as directed by the Court (Docket Entry No. 98). In support of this Report, Plaintiffs state as follows:

1. Defendant/Counterclaimant Joy's Union Clean Up Services LLC ("Joy's Union") filed a voluntary Petition for Chapter 11 Bankruptcy on October 12, 2026. The Funds filed a Suggestion of Bankruptcy (Docket No. 100). Judge Valderrama issued an order staying all proceedings including the Counterclaim as to Joy's Union. See Docket No. 101. Plaintiffs' counsel spoke with David Brown, Defendants' counsel and the attorney who filed the

Bankruptcy Petition for Joy's Union, on October 15th and confirmed that Defendants intend that the Counterclaim remains pending against the Funds and Union and is not stayed by Section 362. Counsel discussed filing a Joint Motion before Judge Valderrama to clarify the impact of the stay. In the meantime, the parties agreed that the Funds' discovery requests would not be stayed and must be answered as they pertain to the Counterclaim.

2. Patrick Wallace, counsel for the Funds, and David Brown, counsel for Defendants, conferred via telephone on October 15, 2026 in accordance with Local Rule 37.2. Mr. Brown indicated that Defendants intend to answer Plaintiffs' discovery requests on or before October 20, 2026, the date set for hearing on Plaintiffs' Motion to Compel.

3. Plaintiffs' counsel prepared a joint status report after counsels' phone call on October 15th and forwarded it to Mr. Brown for review. Mr. Wallace followed up with Mr. Brown on the morning of October 16th but, as of 11:45 a.m., had not received a response regarding the proposed status report and so Plaintiffs are filing this status report unilaterally to comply with the Court's Order.

October 16, 2026 Respectfully submitted,

Laborers' Pension Fund et al.

/s/ Patrick T. Wallace
Attorney for Plaintiffs

Office of Fund Counsel
Laborers' Pension and Welfare Fund
11465 Cermak Road
Westchester, IL 60154

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused copies of the foregoing Status Report to be served upon the following persons via the Court's electronic notification system on this 16th day of October, 2026.

David M. Brown
6078 Tower Rd.
Tallassee, TN 37878

Todd Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Ross I Molho
Molho and Associates, LLC
1751 S Naperville, Suite 209
Wheaton, IL 60189

Robert E. Bloch
Joshia Groff
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP
8 S. Michigan Ave., 19th Floor
Chicago, IL 6060

/s/ Patrick T. Wallace