**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:25−cv−02262
Honorable Franklin U. Valderrama

Joy's Union Clean Up Services, LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 20, 2026:

MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 10/20/26. Counsel for Defendants Joy's Cleaning Services, LLC and Armando Calderon failed to appear. The motion being unopposed, Third−Party Defendant Union's Motion to Compel [95] is granted, and the responding Defendants must answer the outstanding discovery requests by 10/27/26. The Union's oral request to extend fact discovery is granted, and the deadline is extended to 26 days from the date Defendants serve their responses to discovery. Plaintiffs' Motion to Compel [97] is entered and continued. Plaintiffs shall file a status report advising if and when they request a ruling on the motion. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.