**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICNITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds,** | ) | No. 25-cv-2262 |
| *Plaintiffs,* | ) | Judge Franklin U. Valderrama |
| **JOY'S UNION CLEAN UP SERVICES, LLC, an Illinois limited liability corporation, JOY'S CLEANING SERVICES LLC, an Illinois limited liability corporation, and ARMANDO CALDERON, individually,** | ) | |
| *Defendants.* | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C. respectfully move this Court for the entry of an order granting them leave to withdraw their appearances on behalf of Defendants, JOY'S UNION CLEAN UP SERVICES, LLC, JOY'S CLEAINING SERVICES, LLC and ARMANDO CALDERON (hereinafter, "Defendants"), in the above captioned matter.

In support of this motion, and in accordance with Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, Mr. Miller and Ms. Cahill state as follows:

1. On March 17, 2026, Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C. filed their appearances on behalf of Defendants.

2. On July 28, 2026, Armando Calderon of JOY'S UNION CLEAN UP SERVICES, LLC, and JOY'S CLEANING SERVICES, LLC, and on behalf of himself, individually, terminated Defendants' attorney-client relationships with Allocco, Miller & Cahill, P.C.

3. Movants have given due notice to Defendants of this Motion and have delivered to Defendants all papers to which they are entitled.

4. Movants have taken reasonable steps to protect Defendants' interests and avoid foreseeable prejudice to the rights of Defendants in this matter.

5. On September 2, 2026, Defendants' new counsel, David Marshall Brown, Esq. filed his Appearances on behalf of Defendants.

WHEREFORE, Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C. pray that this Court enter an Order granting them leave to withdraw as counsel of record for Defendants, Joy's Union Clean Up Services, LLC, Joy's Cleaning Services, LLC, and Armando Calderon in these proceedings, and for such other relief this Court deems just and appropriate.

Dated: November 5, 2026

Respectfully submitted,

**ALLOCCO, MILLER & CAHILL, P.C.**

By: /s/ Todd A. Miller

Todd A. Miller
Kathleen M. Cahill
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606-2806
(312) 675-4325 TEL | (312) 675-4326 FAX

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, **November 5, 2026** he electronically filed the attached, **Motion to Withdraw as Counsel for Defendants**, with the Clerk of the Court using the CM/ECF system which will send notice of such filings to the following:

Patrick T. Wallace
Laborers Pension and Welfare Funds
Laborers' Pension & Welfare Fund, Office of Fund Counse
11465 Cermak Rd.
Westchester, IL 60491
patrickw@chilpwf.com

Robert E. Bloch
Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich
8 South Michigan Avenue
19th Floor
Chicago, IL 60603
efile@laboradvocates.com

David Marshall Brown
David Marshall Brown, P.A.
6078 Tower Road
Tallassee, TN 37878
david@brownvanhorn.com

Ross Ivan Molho
Molho and Associates, LLC
1751 S. Naperville Road
Suite 209
Wheaton, IL 60189
Ross@MolhoLaw.com

/s/ Todd A. Miller

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
**Allocco, Miller, & Cahill P.C.**
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
tam@alloccomiller.com