**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:25−cv−02262
Honorable Franklin U. Valderrama

Joy's Union Clean Up Services, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2026:

MINUTE entry before the Honorable Maria Valdez: Hearing on Third−Party Defendant Union's Motion for Discovery Sanctions Under Federal Rule of Civil Procedure 37(b) Against Third−Party Plaintiffs Joy's Cleaning Services, LLC and Armando Calderon [106] is set for 11/17/26 at 10:00 a.m. in Courtroom 1041. Remote and/or telephonic appearances are not allowed. Any written responses to the motion must be filed by 11/12/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.